David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, RONNIE A. GOODMAN*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE A. GOODMAN,<br><br>    Plaintiff,<br><br>v.<br><br>M&T BANK, NATIONAL ASSOCIATION; GRANT & WEBER, INC; CHASE BANK, NATIONAL ASSOCIATION; ALLSTATE INSURANCE, CO; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS,<br><br>    Defendants. | **Case No. 2:16-cv-01722-GMN-CWH**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |

Plaintiff RONNIE A. GOODMAN and EXPERIAN INFORMATION SOLUTIONS, INC hereby stipulate and agree that the above-entitled action shall

…

…

…

…

…

Page **1** of **2**

be dismissed without prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:        December 28, 2016

| | |
|---|---|
| By: <br><br> /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | By: <br><br> /s/ Jennifer L. Braster, Esq. <br> Jennifer L. Braster, Esq. <br> Maupin Naylor Braster <br> 1050 Indigo Drive <br> Suite 200 <br> Las Vegas, NV 89145 <br> *Attorney for Defendant  EXPERIAN INFORMATION SOLUTIONS, INC* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _January 4, 2017_____