# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE A. GOODMAN, | )<br>) |
| Plaintiff, | ) Case No. 2:16-cv-01722-GMN-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| M&T BANK, N.A., et al., | )<br>) |
| Defendants. | ) |

This matter is before the court on Plaintiff Ronnie A. Goodman and Defendant M&T Bank, N.A.'s failure to comply with the court's order (ECF No. 48) entered on March 13, 2017. That order required the parties to file a stipulated dismissal or a joint status report by May 9, 2017. To date, the parties have not done so. The parties must file a stipulated dismissal or a joint status report by June 20, 2017. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: May 30, 2017

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**