# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE A. GOODMAN, | ) |
| Plaintiff, | ) Case No. 2:16-cv-01722-GMN-CWH |
| vs. | ) **ORDER** |
| M&T BANK, N.A., et al., | ) |
| Defendants. | ) |

This matter is before the court on Plaintiff Ronnie A. Goodman and Defendant M&T Bank, N.A.'s failure to comply with the court's order (ECF No. 53) entered on June 21, 2017. That order required the parties to file a stipulated dismissal or a joint status report by August 21, 2017. To date, the parties have not done so. The parties must file a stipulated dismissal or a joint status report by September 27, 2017. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: August 28, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**